UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STATE OF ALASKA,                      )<br>                                                  )<br>           Plaintiff,                    )<br>                                                  )<br>      v.                                       )         Civil Action No. 25-0330 (PLF)<br>                                                  )<br>DEPARTMENT OF THE         )<br>INTERIOR et al.,                      )<br>                                                  )<br>           Defendants.               )<br>                                                  ) | |

## ORDER

In light of the State of Alaska's Motion for a Preliminary Injunction [Dkt. No. 15], it is hereby

ORDERED that the Court will hold oral argument on the motion for a preliminary injunction on April 28, 2025 at 2:00 p.m. in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001; it is

FURTHER ORDERED that the parties shall meet and confer and file a joint status report on or before April 11, 2025, proposing deadlines for the filing of defendants' response to plaintiff's motion for a preliminary injunction and plaintiff's reply. Should the parties believe that a hearing on the preliminary injunction should occur at a later date, the parties may submit proposed dates for the hearing; and it is

FURTHER ORDERED that in anticipation of the hearing, the parties shall meet and confer regarding the order of argument and time limits for opening argument and rebuttal. The parties shall file a joint report advising the Court of their proposed hearing schedule on or before April 25, 2025.

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 4/10/25