# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>    *Defendants*. | Civil Action No.: 1:25-cv-00330-PLF |

## [PROPOSED] ORDER

Upon consideration of the Native Village of Eklutna's Motion to Stay Deadlines, and the State of Alaska's opposition, the motion is DENIED.

DATED _____, 2025.

 

_____
Paul L. Friedman
District Court Judge