IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>    *Defendants*. | No.: 1:25-cv-00330-PLF |

## APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.6(a), Cody L.C. McBride respectfully enters an appearance on behalf of the following Federal Defendants: United States Department of the Interior; Bryan Mercier, in his official capacity as Acting Assistant Secretary–Indian Affairs; Karen Hawbecker, in her official capacity as Acting Solicitor; and Sharon M. Avery, in her official capacity as Acting Chairwoman of the National Indian Gaming Commission.

DATED: June 13, 2025.

                                                    ADAM R.F. GUSTAFSON
                                                    Acting Assistant Attorney General
                                                    United States Department of Justice
                                                    Environment and Natural Resources Division

                                                    */s/ Cody McBride*
                                                    CODY McBRIDE, CA Bar #298009
                                                    Trial Attorney
                                                    United States Department of Justice
                                                    Environment and Natural Resources Division
                                                    Tribal Resources Section
                                                    P.O. Box 7611, Ben Franklin Station
                                                    Washington, D.C. 20044
                                                    cody.mcbride@usdoj.gov
                                                    Telephone: (202) 514-6755

                                                    *Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 13, 2025, a copy of the foregoing document was served via ECF on counsel for all parties.

          By:  */s/ Cody McBride*
                CODY McBRIDE